

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2015

No. 04-14-00676-CR

Gary Lynn **BAKER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4875
Honorable Sid L. Harle, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to January 27, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:      Nico Lahood                  Shawn Darrick Sheffield
          DA, Bexar County            8406 Fountain Circle
          101 W. Nueva, Suite 370     San Antonio, TX 78229-2387
          San Antonio, TX 78205